OPINION — AG — **** CONDEMNATION PROCEEDINGS — DOCUMENTARY STAMPS **** IN CASES WHERE THE STATE OF OKLAHOMA OR ONE OF ITS AGENCIES ACQUIRE REAL ESTATE BY CONDEMNATION PROCEEDINGS, DOCUMENTARY STAMPS MUST BE PLACED ON THE JOURNAL ENTRIES OF JUDGEMENT TRANSFERRING SAID REAL ESTATE AND THE TAX DUE IS THE OBLIGATION OF THE PARTY GIVING UP THE PROPERTY. CITE: 68 O.S. 1967 Supp., 5101 [68-5101], 68 O.S. 1967 Supp., 5103 [68-5103] (NORMAN CANNON) ** SEE: OPINION NO. 70-281 (1970) **